**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Furtado, Jr., | No. CV 12-2019-PHX-RCB (LOA) |
| Plaintiff, | **O R D E R** |
| vs. | |
| Maricopa County, et al., | |
| Defendants. | |

Plaintiff Daniel Furtado, Jr., who is confined in the Maricopa County Fourth Avenue Jail, has filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 and an Application to Proceed *In Forma Pauperis*.

On October 3, 2012, Plaintiff filed a First Amended Complaint (Doc. 5) and a second Application to Proceed *In Forma Pauperis*. In a November 2, 2012 Order, the Court dismissed the Complaint and granted Plaintiff 30 days to file a second amended complaint.

On November 7, 2012, Plaintiff filed a Motion for Subpoenas (Doc. 10). Plaintiff did not file a second amended complaint. On December 19, 2012, the Clerk of Court entered a Judgment of dismissal of this action for failure to comply with a Court order.

Because this case is now closed, the Court will deny as moot Plaintiff's Motion for Subpoenas.

. . .

. . .

. . .

**IT IS ORDERED** that Plaintiff's November 7, 2012 Motion for Subpoenas (Doc. 10) is **denied as moot**.

DATED this 15th day of January, 2013.

Robert C. Broomfield
Senior United States District Judge